```
       IN THE UNITED STATES DISTRICT COURT FOR THE

                    DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR3 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL TYNDALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to release garnishment (Filing No. 210). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the garnishment against Fitzgerald Railcar Service of Omaha is released.

DATED this 21st day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court