IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:96CR3 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| RANDALL TYNDALL, | |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Twin City Fan Companies Ltd., and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Twin City Fan Companies Ltd., is released.

DATED this 3rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court